IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Munn, Diana M | Case Number: 08 B 21275 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 8/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  November 21, 2008
Confirmed: October 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,000.00 |
| Totals: | 2,000.00 | 2,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | John Paul Perla Jr | Secured | 0.00 | 0.00 |
| 3. | Key Bank USA National Association | Unsecured | 0.00 | 0.00 |
| 4. | Key Bank USA National Association | Unsecured | 0.00 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 6. | Target National Bank | Unsecured | 170.68 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 4,088.67 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 128.60 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 911.54 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 2,893.95 | 0.00 |
| 11. | American Express Centurion | Unsecured | 15,056.54 | 0.00 |
| 12. | American Express Travel Relate | Unsecured | 250.00 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 11,367.69 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 1,024.32 | 0.00 |
| 15. | Cook County Treasurer | Secured | | No Claim Filed |
| 16. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 17. | Orchard Bank | Unsecured | | No Claim Filed |
| | | | $ 35,891.99 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Munn, Diana M | Case Number:  08 B 21275 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  8/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

